IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Outlay, James
Outlay, April
Printed: 10/30/07

Case Number: 07 B 12783
Judge: Hollis, Pamela S
Filed: 7/17/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 2. | American General Finance | Secured | 3,052.00 | 0.00 |
| 3. | Toyota Motor Credit Corporatio | Secured | 11,062.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 12,345.00 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 420.17 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 59.01 | 0.00 |
| 7. | Illinois Dept of Revenue | Unsecured | 6.18 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 264.76 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 93.56 | 0.00 |
| 10. | Aspire Visa | Unsecured | 176.21 | 0.00 |
| 11. | Rogers & Hollands Jewelers | Unsecured |  | No Claim Filed |
| 12. | Bally's Health Club | Unsecured |  | No Claim Filed |
| 13. | Cb Usa Inc | Unsecured |  | No Claim Filed |
| 14. | State Farm Insurance Co | Unsecured |  | No Claim Filed |
| 15. | US Cellular | Unsecured |  | No Claim Filed |
| 16. | US Cellular | Unsecured |  | No Claim Filed |
| 17. | Calvary Portfolio Services | Unsecured |  | No Claim Filed |
| 18. | AT&T Universal Card | Unsecured |  | No Claim Filed |
| 19. | Hsbc/Bstby | Unsecured |  | No Claim Filed |
| 20. | Linebarger Goggan Blair & Simpson | Unsecured |  | No Claim Filed |
| 21. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 22. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 23. | Medical Collections | Unsecured |  | No Claim Filed |
| 24. | Oak Forest Hospital | Unsecured |  | No Claim Filed |
| 25. | Professional Account Services | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Outlay, James
Outlay, April
Printed: 10/30/07

Case Number: 07 B 12783
Judge: Hollis, Pamela S
Filed: 7/17/07

| | | | | |
|---|---|---|---|---|
| 26. | Medical Collections | Unsecured | | No Claim Filed |
| 27. | US Cellular | Unsecured | | No Claim Filed |
| 28. | Professional Account Management | Unsecured | | No Claim Filed |
| 29. | Stuart Allen & Associates | Unsecured | | No Claim Filed |
| 30. | US Cellular | Unsecured | | No Claim Filed |
| 31. | St James Hospital | Unsecured | | No Claim Filed |
| 32. | Target National Bank | Unsecured | | No Claim Filed |
| 33. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 34. | Jackson Park Hospital | Unsecured | | No Claim Filed |

_____      _____
$ 27,478.89          $ 0.00

TRUSTEE FEE DETAIL

Fee Rate        Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_